# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:96-cr-134-4FDW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v** | ) | |
| | ) | |
| | ) | **ORDER** |
| **GEMINI BOYD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 337 ) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines.  Defendant's motion is **DENIED** for reasons stated in the two Presentence Investigation Reports and prior Court's Order (Doc.# 328, 329 and 330).

**IT IS SO ORDERED**.

Signed: October 13, 2009

Frank D. Whitney
United States District Judge